# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 69  SSM 1
The People &c.,
     Respondent,
   v.
Jean Dufresne,
     Appellant.

Submitted by Shaina R. Watrous, for appellant.
Submitted by Amanda Katherine Reagan, for respondent.

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, without costs (*see People v Boone*, __NY3d __, 2024 NY Slip Op 00928 [2024]). Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.

Decided April 18, 2024